**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS GARCERAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MORRIS COUNTY PROSECUTORS OFFICE, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 14-2135 (CCC-MF)<br><br>**ORDER** |

**IT IS** on this 26th day of February, 2015

**ORDERED** that Plaintiff's objections to Judge Falk's Report and Recommendation are overruled; and it is further

**ORDERED** that this Court adopts Judge Falk's December 2, 2014 Report and Recommendation; and it is further

**ORDERED** that the Defendants' motion to dismiss [ECF No. 12] is **GRANTED**; and it is further

**ORDERED** that the Complaint is hereby **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiff is hereby granted thirty (30) days from the date of entry of this Order in which to amend his Complaint[1]; and it is further

---

[1] The Court requires "(1) a short and plain statement of the grounds for the court's jurisdiction . . .; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought . . . ." Fed. R. Civ. P. 8(a).

1

**ORDERED** that the Defendant's motion to dismiss [ECF No. 10] is **DENIED AS MOOT**; and it is further

**ORDERED** that the Clerk shall close the file in this matter.

**SO ORDERED.**

_____
CLAIRE C. CECCHI, U.S.D.J.